AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Basement apartment of xxxxxxxxxxxxxxxxxxxxxxx.
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Paul J. Moloney___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
The target address is described as an apartment located in the basement apartment or bottom floor of a row home. The row home is constructed of brick and displays the numerals "35" in brass colored lettering to the right of the main entrance. There are several gray colored decorative vertical pillars on the front of the bldg. The targets address is accessible by several steps leading down from a common walkway. The front door is pale green in color and is enclosed by a black metal security gate.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
SEE ATTACHED AFFIDAVIT

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
SEE ATTACHED AFFIDAVIT

concerning a violation of Title __21__ United States Code, Section(s) __846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Martin Carpenter
Organized Crimes and Narcotics Trafficking
(202) 514-7063

Signature of Affiant
Paul J. Moloney, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer            Signature of Judicial Officer