AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Basement apartment of 35 New York Avenue, N.W.
Washington, D.C.

**SEARCH WARRANT**

**FILED**
DEC 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0648M - 01

TO:   Paul J. Moloney   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Paul J. Moloney  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

The target address is described as an apartment located in the basement apartment or bottom floor of a row home. The row home is constructed of brick and displays the numerals "35" in brass colored lettering to the right of the main entrance. There are several gray colored decorative vertical pillars on the front of the bldg. The targets address is accessible by several steps leading down from a common walkway. The front door is pale green in color and is enclosed by a black metal security gate.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   1 6 DEC 2005
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 06 2005   5 pm   at Washington, D.C.
Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer    Signature of Judicial Officer