# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Dec 6, 2005 | Dec 15, 2005 - 1:30 pm | Gregory FRONGELLO |

**INVENTORY MADE IN THE PRESENCE OF**

Gregory FRONGELLO and Washington MPD Sgt. Brett Parson

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One zip-lock baggie containing white creystal substance
One zip-lock baggie containing green plant material
Numerous empty clear ziplock baggies
**Nothing Follows**

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA Paul J. Moloney

Subscribed, sworn to, and returned before me this date.

_____    12/19/05
U.S. Judge or Magistrate        Date